UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANDREWS,

    Defendants.

_____/

Case:1:10-cr-20773
Judge: Ludington, Thomas L
MJ: Binder, Charles E
Filed: 12-27-2010 At 04:26 PM
INFO USA V MICHAEL ANDREWS (krc)

### INFORMATION
### 18 U.S.C. §641

THE UNITED STATES ATTORNEY CHARGES:

From approximately June of 2006 to at least February of 2010, the precise times unknown, in the Eastern District of Michigan, Northern Division, Michael Andrews knowingly embezzled, stole, purloined, and converted to his own use and the use of Access Michigan Vans, Inc., a voucher, money and thing of value of the United States and the Department of Veterans Affairs, in that, after Michael Andrews, as owner of Access Michigan Vans, Inc., obtained payments on contracts from the VA Medical Center in Saginaw, Michigan for the installation of handicap ramps at the homes of three veterans, Michael Andrews failed to install or to cause Access Michigan Vans, Inc., to install the handicap ramps, thereby embezzling, stealing, purloining, and converting the

voucher, money and thing of value of the United States to Michael Andrews' own use, all in violation of 18 U.S.C. §641.

December 27, 2010.                    BARBARA L. McQUADE
                                      United States Attorney

                                      s/Barbara Colby Tanase (P38539)
                                      Assistant U.S. Attorney
                                      Chief, Bay City Branch

                                      s/Janet L. Parker (P34931)
                                      Assistant U.S. Attorney
                                      101 First Street, Suite 200
                                      Bay City, Michigan  48708-5747
                                      (989) 895-5712
                                      janet.parker2@usdoj.gov

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 1:10-cr-20773<br>Judge: Ludington, Thomas L<br>MJ: Binder, Charles E<br>Filed: 12-27-2010 At 04:26 PM<br>INFO USA V MICHAEL ANDREWS (krc) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008  [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: JLP |

Case Title: USA v. MICHAEL ANDREWS

County where offense occurred: Saginaw

Check One:   ☐ Felony   ☒ Misdemeanor   ☐ Petty

____Indictment/__X__Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information

Superseding to Case No: _____   Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

12/27/10
Date

Janet L. Parker
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: janet.parker2@usdoj.gov
Attorney Bar #: P-34931

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09