

FEB 2 3 2011
CLERK'S OFFICE
BAY CITY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                             Criminal No. 10-CR-20773

MICHAEL ANDREWS,

     Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

    I, **Michael Andrews**, Defendant in the above captioned cause, hereby

acknowledge that I have received a copy of the information in this cause prior to pleading

thereto, and I have read the same and understand the contents thereof.  I waive its being

read aloud in open court.

    I know if I am convicted or plead guilty, I may be sentenced as follows:

1 year imprisonment/supervised release for 1 year/$100,000 fine and
mandatory restitution

_____
Michael Andrews, Defendant

_____
Kevin L. Hesselink
Counsel for Defendant